```
                                              FILED
                                              September 28, 2005
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                          )     Case No. MAG. 05-0275-GGH
          Plaintiff,            )
v.                                      )     ORDER FOR RELEASE OF
                                          )     PERSON IN CUSTODY
STEVE E. LAWSON,            )
                                          )
          Defendant.          )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __STEVE E. LAWSON__ , Case No. __MAG. 05-0275-GGH__ , Charge __18USC § 1029(a)(5)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __     Release on Personal Recognizance

     __     Bail Posted in the Sum of $_____

          __     Unsecured Appearance Bond

          __     Appearance Bond with 10% Deposit

          __     Appearance Bond with Surety

          __     Corporate Surety Bail Bond

          ✔     (Other)       __Pretrial Conditions as stated on the record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 28, 2005__ at __2:00 pm__ .

                                         By    /s/ Gregory G. Hollows
                                                     Gregory G. Hollows
                                                     United States Magistrate Judge

Copy 5 - Court